NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DENNIS P. McGURK,                   )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-481
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed October 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.


PER CURIAM.


            Affirmed.


CASANUEVA, KHOUZAM, and BADALAMENTI, JJ., Concur.